**U.S. Probation and Pretrial Services**

# MEMORANDUM

**DATE:** August 15, 2008

**TO:** The Honorable Judge Paul W. Grimm
U.S. Magistrate Judge

**FROM:** Angela Roberson
U.S. Pretrial Services Officer

**SUBJECT:** Alanda Braxton
Case Number: 08-2569-PWG

## CASE STATUS

The above noted defendant appeared before Your Honor on August 14, 2008, having been charged with Wire Fraud, in violation of 18 USC § 1343. This memorandum is being submitted to provide a status update relative to the defendant's Baltimore City charges.

On August 15, 2008, the defendant's aunt, Iva Braxton, informed the U.S. Pretrial Services Office that Baltimore City set bond at $5,000. She indicated the family does not have the financial means to post the bond, and as such, the defendant remains in state custody. At this time, the defendant is unable to report the Middle District of Pennsylvania as directed.

Ms. Iva Braxton has agreed to keep the U.S. Pretrial Services Office updated as to the defendant's custody status. The pretrial office will in turn, keep the Court aware of any new developments in the case. The U.S. Pretrial Services Office in Pennsylvania has been notified of the defendant's current status.

cc: David Copperthite, AUSA
Malik Edwards, AFPD

*Conditions modified to require defendant to report to USPTSO re status re Baltimore City Bond and follow any instructions of USPPO*

*[signature] USMJ 8/15/08*